**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2010 NOV -3 PM 3:30

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. SA10CR0950 OG |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [In violation of:<br>18 U.S.C. § 2252(a)(2)<br>Distribution of Child Pornography; |
| RYAN PAUL VARVILLE, | 18 U.S.C. § 2252(a)(2)<br>Receipt of Child Pornography; |
| Defendant. | 18 U.S.C. § 2252(a)(4)(B)<br>Possession of Child Pornography<br>18 U.S.C. § 1466A (a)(2)<br>Obscene Visual Representations of the<br>Sexual Abuse of Children] |

**THE GRAND JURY CHARGES:**

COUNT ONE
[18 U.S.C. § 2252(a)(2)]

On or about June 11, 2007, within the Western District of Texas, and elsewhere, the Defendant,

**RYAN PAUL VARVILLE**

did knowingly distribute any visual depiction, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT TWO
[18 U.S.C. § 2252(a)(2)]

On or about June 12, 2007, within the Western District of Texas, and elsewhere, the Defendant,

**RYAN PAUL VARVILLE**

did knowingly distribute any visual depiction, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT THREE
[18 U.S.C. § 2252(a)(2)]

On or about January 21, 2008, within the Western District of Texas, and elsewhere, the Defendant,

**RYAN PAUL VARVILLE**

did knowingly distribute any visual depiction, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT FOUR
[18 U.S.C. § 2252(a)(2)]

On or about February 1, 2008, within the Western District of Texas, and elsewhere, the Defendant,

**RYAN PAUL VARVILLE**

did knowingly distribute any visual depiction, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of such

visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT FIVE
[18 U.S.C. § 2252(a)(4)(B)]

On or about June 16, 2010, within the Western District of Texas, the Defendant,

**RYAN PAUL VARVILLE,**

did knowingly possess a computer which contains any visual depiction that has been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials which had been mailed, shipped and transported in interstate and foreign commerce, by any means, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct, including but not limited to the following computer files:

1. (Kinderkutj3)(Pthc)Webcam - 10Yo Noelle (5m18s).avi

2. 07.07_New_Peru_blowjob_9y0.avi

3. 3yo sucking dick with sound, chokes, screams being spermed.avi

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT SIX
[18 U.S.C. § 1466A(a)(1)]

On or about June 28, 2008, within the Western District of Texas, the Defendant,

**RYAN PAUL VARVILLE,**

did knowingly produce a visual depiction of any kind, that depicts a minor engaging in sexually

3

explicit conduct, and is obscene and was produced using materials that have been mailed, shipped and transported in interstate and foreign commerce, including, but not limited to the following computer image file, Untitled-1.psd.

All in violation of Title 18, United States Code, Section 1466A(a)(1).

### COUNT SEVEN
[18 U.S.C. § 1466A(b)(1)]

On or about June 16, 2010, within the Western District of Texas, the Defendant,

**RYAN PAUL VARVILLE,**

did knowingly possess a visual depiction of any kind, including a drawing or cartoon, that depicts a minor engaging in sexually explicit conduct, and is obscene and was produced using materials that have been mailed, shipped and transported in interstate and foreign commerce, including, but not limited to the following computer image files:

1) joshnentai2.jpg           2)   legirl.jpg

3) lumberjacksteve.jpg       4)   weoiru4ryu.jpg

All in violation of Title 18, United States Code, Section 1466A(b)(1).

A TRUE BILL.

_____
FO██████SON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _Tracy Thompson_
TRACY THOMPSON
Assistant United States Attorney

4